BOROUGH OF FORT LEE v. INVESCO HOLDING COMPANY.

October 14, 1980.

Petition for certification denied.

IN THE MATTER OF THE APPLICATIONS OF NORTH JERSEY
DISTRICT WATER SUPPLY COMMISSION AND THE
HACKENSACK WATER COMPANY.

October 14, 1980.

Petitions for certification denied.   (See 175 *N.J.Super.* 167)

THE SHOPCO COMPANY v. PLANNING BOARD OF THE
TOWNSHIP OF EDISON.

October 14, 1980.

Petition for certification denied.

THOMAS J. THOMAS v. HOPE VEZZOSI.

October 14, 1980.

Petition for certification denied.